1 Bradley H. Kane, Pro Se
17 Alton Avenue
2 Voorhees, NJ 08043
856-784-5965
3 kanebme@comcast.net

E-FILED 8/25/14

JS-6

**NOTE CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY H. KANE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT STOLL, ESQ. and STOLL, NUSSBAUM AND POLAKOV,<br><br>　　　　Defendants. | Case No. CV 14-05121 PSG<br><br>Hon. Philip S. Gutierrez<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** ; ORDER |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE THAT** Plaintiff Bradley H. Kane hereby dismisses <u>without prejudice</u> the above-entitled action and all causes of action therein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Dated: August 21, 2014

BRADLEY H. KANE

By: /s/ Bradley H. Kane
Bradley H. Kane, Pro Se

---

IT IS SO ORDERED.

DATED: 8/25/14

[signature]

**U.S. DISTRICT JUDGE**

---

-1-

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**